■ In the Matter of RONY A. COLINDRES, Appellant. COMMISSIONER OF LABOR, Respondent. [935 NYS2d 911]—

We affirm. Hostile and/or threatening behavior directed at a supervisor has been found to be misconduct disqualifying a claimant from receiving unemployment insurance benefits (*see Matter of Gigi [Commissioner of Labor]*, 37 AD3d 894, 894-895 [2007]; *Matter of Terry [Commissioner of Labor]*, 23 AD3d 727, 728 [2005]). Here, more than one of the employer's witnesses testified that claimant threatened the supervisor with physical harm during the altercation. While claimant denied this, his testimony presented a credibility issue for the Board to resolve (*see Matter of Messado [City of New York—Commissioner of Labor]*, 76 AD3d 740, 741 [2010]; *Matter of Ponce [Commissioner of Labor]*, 75 AD3d 1041, 1042 [2010]). Accordingly, we find no reason to disturb the Board's decision.

Mercure, A.P.J., Lahtinen, Spain, Kavanagh and McCarthy, JJ., concur. Ordered that the decision is affirmed, without costs.